No. 76–5149.  FREEMAN *v.* GRABHAM ET AL.  Sup. Ct. Ind. Certiorari denied.

No. 76–5159.  BUTCHER *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 76–5162.  CHAMBERS ET AL. *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 76–5165.  HOHENSEE *v.* TIGUE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 76–5173.  GRIGGS *v.* KLOSS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 75–1416.  PEVAR *v.* ROBERTS ET AL.  Sup. Ct. Del. Motion of respondent Donald A. Roberts for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 75–1425.  NORTHERN HELEX Co. *v.* UNITED STATES. Ct. Cl.  Motion of the Bar Association of the District of Columbia for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 75–1468.  M. MORRIN & SON Co., INC. *v.* BURGESS CONSTRUCTION Co. ET AL.  C. A. 10th Cir.  Motion of Utah Chapter of Associated General Contractors of America for leave to file a brief as *amicus curiae* granted.  Motions of Colorado Contractors Assn., Inc., and Associated General Contractors of Wyoming, Inc., for leave to file briefs as *amici curiae* denied.  Certiorari denied.  MR. JUSTICE WHITE took no part in the consideration or decision of these motions and this petition.